# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:12-cr-00268-JAD-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PAUL CHOI, *et al.*, | ) | Motion to Modify Conditions (#58) |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant Paul Choi's ("Defendant") Motion to Modify Conditions of Pretrial Release (#58), filed on November 1, 2013. Defendant was released on a personal recognizance bond with conditions on December 13, 2012, *see Minutes of Proceedings, Doc. #19*, and the Court entered the bond on December 19, 2012. *See Doc. #23*. Therein, the Court imposed a curfew on Defendant to be monitored by GPS. *Id.* at 3. Defendant moves to remove the "condition requiring GPS monitoring," and represents that neither pretrial services nor the Government objects. The Court now seeks clarification as to whether pretrial or the Government have any opposition to removing the condition imposing a curfew on Defendant. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall inform the Court whether, by seeking to remove the GPS monitoring condition, Defendant intends to remove the curfew condition, and whether the Government has any opposition to removing the curfew condition, within 7 days of the date of this Order.

DATED this 6th day of November, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge