CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No.:007149
**RASMUSSEN & KANG**
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
Tel: (702) 464-6007
Fax: (702) 464-6009
chris@rasmussenkang.com
*Attorney for Paul Choi*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>YOUNG HIE CHOI, a.k.a. Lianyi Li,<br>PAUL CHOI, a.k.a. Chunai Li,<br>JIN HO SONG, a.k.a. Chenghua Song, a.k.a.<br>Aihua Shen, a.k.a. Songai Li,<br>IN SEON SEONG, a.k.a. Hong Shan Jin,<br>JONG YUN LEE, a.k.a. Hong Chang, a.k.a.<br>Hong Yu Jin, and<br>MYOUNG SOOK SONG, a.k.a. Chun Yu Jin,<br><br>    Defendants. | CASE NO. 2:12-cr-268-JAD-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL SUPERVISION** |

    IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by and through Assistant United States Attorney Kimberly Frayn of the United States Attorney's Office for the District of Nevada, and defendant Paul Choi, by and through Chris T. Rasmussen, Esq., of the law firm Rasmussen & Kang, LLC, (collectively, the "Parties") that:

    1.    Mr. Choi has complied with all conditions of his supervised release for almost four years, with no violations;

    2.    Mr. Choi does not present a danger to the community, and he has proven not to be a flight risk;

    3.    As such, the Parties stipulate, and United States Pretrial Services of Officer Kamuela Kapanui agrees, that the Condition of Pretrial Supervision is removed.

This stipulation is made in good faith and not for the purposes of delay.

DATED: July 22, 2016.

By: /s//: Chris T. Rasmussen
CHRIS T. RASMUSSEN, ESQ.
Attorney for Paul Choi

By: /s//: Kimberly Frayn
KIMBERLY FRAYN
Attorney for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL CHOI, et. al.,<br><br>Defendants. | CASE NO.:   2:12-cr-00268-JAD-CWH<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL SUPERVISION** |

The Court, having before it the Stipulation of the Defendant Paul Choi and the Government, by Assistant United States Attorney Kimberly Frayn, with the approval of United States Pretrial Services Officer Kamuela Kapanui, **FINDS** that Defendant has been in compliance with his pretrial release, he does not present a danger to the community and he does not pose a risk of non-compliance.

**IT IS HEREBY ORDERED** that the Condition of Pretrial Supervision is removed.

**IT IS FURTHER ORDERED** that all of Defendant's remaining pretrial release conditions remain in effect.

DATED this 22 day of July, 2016.

_____
United States District Judge